Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone:  (626) 685-9800
Facsimile:  (626) 685-9808
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06-3508 CRB<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| SIV HAIRE, individually, and CURTIS HAIRE, spouse,<br><br>                    Plaintiffs,<br>vs.<br><br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, SIV HAIRE, individually, and CURTIS HAIRE, spouse, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4, 2009        By: /s/ Hector G. Gancedo
                                                    Hector G. Gancedo

Attorneys for Plaintiffs, Siv Haire, and Curtis Haire

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | |
| 2 | DATED: June 2, 2009    By: _____ |
| 3 | DLA PIPER LLP (US) |
| 4 | 1251 Avenue of the Americas<br>New York, NY 10020 |
| 5 | Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| 6 | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*